# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Eric J. Rhett,      :  | |
|                     :  | |
|    Plaintiff,       :  | |
|                     :  | Civil Action No. 07-1310 (DRD) |
| v.                  :  | |
|                     :  | **ORDER** |
| New Jersey State, et al. : | |
|                     :  | |
|    Defendants.      :  | |

This matter having come before the Court on *Pro Se* Plaintiff Eric J. Rhett's appeal of the order of the Magistrate Judge denying without prejudice appointment of *pro bono* counsel and denying with prejudice the review the ruling of the State of New Jersey family court; and the Court having considered the opinion of the Magistrate Judge and Plaintiff's submissions; and Plaintiff having failed to appear for oral argument; and for good cause as shown in the Opinion of even date,

IT IS as of this 14th day of May 2007, hereby,

ORDERED that the Magistrate Judge's order denying without prejudice the appointment of counsel and denying with prejudice the review of the ruling of the State of New Jersey family court is affirmed.

/s/ Dickinson R. Debevoise
Dickinson R. Debevoise, U.S.S.D.J.